IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00037-PAB-MEH

KAREN ALEXANDER, Individually and
On Behalf of her Minor Children, and
All Others Similarly Situated,

Plaintiff,

v.

SALUD FAMILY HEALTH, INC.
a Colorado corporation,

Defendant.

## JOINT STATUS REPORT ON THE PARTIES' SETTLEMENT EFFORTS

As previously reported, the parties reached agreement to settle this matter on a class-wide basis at a June 26, 2023 mediation with JAMS Mediator Wayne R. Andersen (Ret.). On June 28, 2023, the Court stayed this case for thirty (30) days to give the parties time to prepare the materials necessary to seek preliminary approval of the settlement. The parties have now done so, and Plaintiffs expect to be filing a new complaint as well as a motion for preliminary approval of the settlement in the coming days in the 19th Judicial District Court in Weld County. Plaintiffs in both this case and *Gabelman* will also be filing notices to voluntarily dismiss those two actions in this Court.

Dated: July 28, 2023

**MASON LLP**

*/s/ Gary E. Mason*
Gary E. Mason
Danielle L. Perry
Lisa A. White
5335 Wisconsin Ave. NW, Ste. 640
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

Rick D. Bailey, Esq. (Atty. Reg. #26554)
**LAW OFFICE OF**
**RICK D. BAILEY, ESQ.**
1801 Broadway, Ste. 528
Denver, CO 80202
Tel: (720) 676-6023
rick@rickbaileylaw.com

*Attorneys for Plaintiff Karen Alexander and the proposed Class*

Respectfully Submitted By:

**GREENBERG TRAURIG, LLP**

*/s/ Christopher S. Dodrill*
Christopher S. Dodrill
2200 Ross Ave., Ste. 5200
Dallas, TX 75201
Tel: (214) 665-3681
Christopher.Dodrill@gtlaw.com

Julie A. Sullivan
1144 15th St., Suite 3300
Denver, CO 80202
Tel: (303) 685-7412
Julie.Sullivan@gtlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of June 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

/s/ Gary E. Mason
Gary E. Mason