IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00037-PAB-MEH

KAREN ALEXANDER, Individually and
On Behalf of her Minor Children, and
All Others Similarly Situated,

Plaintiff,

v.

SALUD FAMILY HEALTH, INC.
a Colorado corporation,

Defendant.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Karen Alexander, by and through her undersigned counsel, voluntarily dismisses the claims as to Defendant Salud Family Health, Inc., without prejudice.

Dated: August 30, 2023                                  Respectfully Submitted:

*/s/ Gary E. Mason*
Gary E. Mason
Danielle L. Perry
Lisa A. White
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

Rick D. Bailey, Esq. (Atty. Reg. #26554)
**LAW OFFICE OF RICK D. BAILEY, ESQ.**
1801 Broadway, Suite 528
Denver, CO 80202
Telephone: (720) 676-6023
rick@rickbaileylaw.com

*Attorneys for Plaintiff Karen Alexander
and the proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of August 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/ Gary E. Mason*
Gary E. Mason